

FILED
CLERK, U.S. DISTRICT COURT

Mar 8, 2017

CENTRAL DISTRICT OF CALIFORNIA
BY: _____PMC_____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADAM GEORGE, an individual,<br><br>Plaintiff,<br><br>v.<br><br>LIGHTHOUSE PROPERTIES REAL ESTATE SERVICES, INC., et al.,<br><br>Defendants. | Case No.: 2:16-cv-06852-SVW-JPR<br>*Hon. Stephen V. Wilson Presiding*<br><br>[PROPOSED] JUDGMENT AS TO ME PROPERTIES, INC. |

FOR GOOD CAUSE APPEARING, JUDGMENT IS ENTERED AS FOLLOWS:

A Judgment in the amount of eight thousand dollars and no cents ($8,000.00) in statutory damages, plus costs in the amount of five hundred ten dollars and fifteen cents ($510.15) and attorneys' fees in the amount of one thousand dollars and no cents ($1,000.00) for a total of nine thousand five-hundred ten dollars and fifteen

///
///
///
///

cents (**$9,510.15**) is hereby GRANTED and ENTERED against ME PROPERTIES, INC., along with interest in the amount prescribed by statute.

<u>SO ORDERED</u>.

Dated: March 8, 2017    By: _____
Honorable Stephen V. Wilson
United States District Judge